# IN THE U.S. DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

MITCH TAEBEL
V
TAYLOR SWIFT

RECEIVED

FEB 2 6 2024
U.S. District Court
Middle District of TN

Case No. _____

## COMPLAINT

Plaintiff is a Celebrity TV Host Comedian Actor Speaker Published Author SAG-AFTRA Union Member IGFA World Record Holder Award Winning Political Film Director Award Winning Film Director Semester at Sea Alumni College Graduate and Presidential Candidate who was Framed for sending threatening messages to Taylor Swift and her employees on Instagram before all charges were Dropped. Respondent is guilty of kidnapping conspiracy fraud malicious prosecution and torture by intentional infliction of severe mental pain and suffering as described under Section 2340A of Title 18 of United States Code. On June 5th 2023 approximately twenty United States employees came to Plaintiff's House on fraudulent allegations kidnapped him searched his family lake house and took many items belonging to Plaintiff. This kidnapping we have confirmed got over 50 Television Broadcasts across the Country after speaking with Metro Monitor News and Media Tracker who ran a Report including National Broadcasts it was on CNN, Fox News, ABC News, Fox32 Chicago, ABC7 Chicago, Fox10 News Phoenix, WGN Chicago, WTHR Indianapolis, Telecino5 Spain, WNDU South Bend, ABC57 South Bend, WSBT Mishawaka, WSAZ, WSIL, WHIO Ect. Natalie Bomkie from Fox32 News covered the incident in a Number of Broadcasts which Mentioned that Plaintiff had Presidential aspirations and played a number of Plaintiff's Instagram Videos on TV including a Video stating "I am the best debtor on TV I'll Prove it Anywhere Anytime". Ravi Baichwal from ABC7 Chicago mentioned that Plaintiff called Taylor's father and told him his daughter is Plaintiff's Soul Mate. The unlawful arrest was in Rolling Stone, USA Today, Chicago Tribune, Kansas City Star, NY Post, South Bend Tribune, Economic Times, NWI Times Ect. And many

publications Online The Philippine Star Life, Yahoo News, AV Club, Daily Mail Online, Lipstick Alley, Upi, Ground News, Head Topics, Peek You, Fomoza, Revista Rhonda Etc and went Viral on Social Media. It was also on a number of Radio Stations although it's hard to say how many we Know it was on local stations WEFM and WCOE-FM. This Was certainly the Biggest thing to ever happen in Northern Indiana. There is a Media Coverage Playlist on Plaintiff's YouTube Channel comprised of what Plaintiff found on YouTube obviously the Media does Not Upload everything to YouTube. Joe Biden likely had to authorized the unlawful arrest of Plaintiff personally as Plaintiff is a Presidential Candidate on TV, Radio Published in the Newspaper and filed with the FEC. Respondent obviously knows who Plaintiff is a TV Host that and has been in Hundreds of Media Broadcasts across the Country, written to the white House, written to Joe Biden on Instagram and written to the U.S. Civil Rights Division a number of times Five Complaints are Included as Exhibits in Taebel V Biden in the U.S.D.C. In Hammond. Many of the property items were returned after The Honorable Judge Jaime M. Otis in LaPorte County granted a motion to Dismiss on December 18th 2023 that had been filed by the district attorney's office in the interest of Justice and for the unavailability of a Witness According to a NWI Times Article Plaintiff Online. Plaintiff's attorney Elizabeth Flynn stated they wouldn't have been able to prove the charges. Still retained by a prosecutor's office is Plaintiffs Brand New Apple Mac Book Pro, iPhone, Data storage devices etc which Plaintiff uses for work as a TV Host, Actor and Film Director. Plaintiff Received an Award from the Los Angeles Film Awards Feb. 2017 for his Short Film Logic-Interviewing The Inauguration Protesters For The Basis of Their Opinions and an Award that same year from the Sweet As Film Festival in Toronto, Canada. Plaintiff is currently seeking contracts with Networks and Production Companies and representation from Talent Agencies in Los Angeles and Chicago. Plaintiff needs his property returned and to continue to develop his portfolios. If anyone has threatened or intimidated Taylor Alison Swift suggesting she not meet with Plaintiff that would clearly be Treason Torture Conspiracy Intimidation Etc. Taylor Swift could

not possibly have any reason not to meet with Plaintiff who is a TV Host and has met some of the biggest Celebrities on Earth including Ryan Seacrest John O'hurley Anderson Cooper Zach Bryan Leonardo Dicaprio Kiefer Sutherland Tim Allen Judge Alex Ferrer Michael C Hall Mario Lopez Flo Rida Clint Eastwood Andre 3000 Ashton Kutcher John Krisinski from The Office Claire Rosinkranz Dua Lipa Inbar Lavi Adriana Lima Delphine Chanaec Kate Bosworth Gabriella Anwar Shenae Grimes Beach from the New 9021 And Tori Spelling from the original 90210. Taylor Swift has given Plaintiff many signs she would like to meet Taylor broke up with Alwyn the day after Plaintiff Released a Five Hour Twenty Minute Film Titled Celebrities Mr Mitch Taebel and Taylor Swift Must get Married Immediately!!! See @MitchTaebel on YouTube. Mr Mitch Taebel is Royalty on both sides of his family related to English Royalty on his Maternal side and to German Royalty on his paternal side Plaintiff has heard it from family members and seen Letters passed down through generations apparently there was a 60 bedroom castle somewhere in Germany. Anyone is invited to hire a genealogist to confirm this. Taylor Alison Swift Stood by Mitch Bucannon from Baywatch at EMA Awards and he never would have been there in a Million years if it wasn't for this Marriage Proposal. Taylor wore green at the golden globes then twice more that week Mr Mitch Taebel has beautiful green eyes and Taylor Sings about green eyes in her song Sparks Fly. Taylor Sings about James Dean from Indiana in her song Style Plaintiff said if she even mentioned James Dean she has to Mary Plaintiff see his acting reels on YouTube. Taylor and Mitch are both writers and poets they are both very talented Singers and Performers. Plaintiff Published a Book Titled Looking Out For America a Memoir and legal and political manifesto which covers a lot of Supreme Court of the United States law and History Taylor says her favorite subject was History. They both grew up outside major cities at a young age. Mr Mitch Taebel and Taylor swift both have Sock Broker Parents that made Millions. Taylor I Very Much Hope You And I Meet while we can still have a few kids as you have always said you wanted. Taylor has always wanted children. Plaintiff Lives in one of the Biggest Homes and properties in

the small prestigious Lake house Community of Long Beach, IN Plaintiff grew up with a Swimming Pool, Tennis Court, Jacuzzi, Sauna, in a Three car garage Home on an Acre of Property about a block from Lake Michigan. This is a Property Plaintiff will inherit one day. Taylor used to say she wanted to be a stock broker when she grew up as did Plaintiff. She Recently said if she didn't work in Entertainment she would likely work in creative advertising Plaintiff has said the same. Taylor's brother attended Notre Dame in South Bend less than an Hour From Plaintiff's House in Long Beach, IN Plaintiff was Named after his mothers brother Mitch Stoltz who was Captain of the Baseball Team and Pitcher and knew Vice President of The United States Dan Quayle, Jr. having been to his House in Indianapolis a Number of Times. And Plaintiff's Mother Likes Baywatch the most popular TV Show at one time. Taylor Swift and Plaintiff like the same music and TV shows like Mad Men, Suits, Law and order, Burn Notice and Friends. Mr Mitch Taebel and Dr Taylor Swift are both gifted Speakers and make better Press statements than Anyone. Taylor and Mitch are both Award Winning Film Directors and Music Artists. They are Both German-American. The Name of Her New Album the Tortured Poets Department is clearly not about a football player who never even attempted to contact her until after he saw Plaintiff in over Fifty News Media Broadcasts many of the News Broadcasts were National Broadcasts he was just trying to be the man and didn't even care about her He Knows Plaintiff Makes better Press Statements than Anyone on Earth but he is not a leader or even a quarterback. They have Nothing in common and he is most likely a homosexual with an older brother both ears pierced. His father also said he didn't even know who Taylor Swift was or her name when they met something her fans find absolutely unacceptable. They are also from a Blue Collar family while Plaintiff Mitchell Timothy Taebel and Taylor Alison Swift are both from Millionaire families. Anyone who knows anything about Taylor Swift knows she would have married Plaintiff years ago had they already met look at the guys she has dated and everything she has said on TV. They Very Likely would have Met by Now had Plaintiff spent more time in Los Angeles were they visit the same Beaches Hiking Trails Night

Clubs and Coffee Shops. In her Documentary Released in 2020 she she says she reached the top but didn't have anyone to get there with other than her mother and said "shouldn't I have someone to call right now?". Her New Album was Obviously Named with Plaintiff in Mind after Plaintiff wrote her Four Poems and established himself as one of the greatest poets of all time. Here Are Two: Poem #1 "I know we were already Husband and Wife in a past life, I know you are my German-American Celebrity Soul Mate Soon to Be Wife, I know you have struggled with depression and we are getting Married and you will never feel that way again, I know you need me Now More than ever, I know you love me because you love all your fans everyone who buys your tickets or compliments you, I know we will be very happy together, You know I am the funniest best looking smartest man that could ever propose to you, Lets Get Married, Forever And Always Mitch And Taylor" Poem # 2 "Taylor Taylor You're My Taylor, Forever and Always Your Mine Taylor, Bring Your Friends We'll Have Fun, Bring Your Dancers We're Having Fun, Everything is Meaningless Next to You, Being Married to You is so much better than Any Ambition I've Ever Had, Forever And Always Mitch And Taylor". Plaintiff was Framed for sending Instagram Messages that Plaintiff did not send the accounts that sent the messages didn't even belong to Plaintiff How could the U.S. Government not have known or figured out that Plaintiff didn't own that Instagram account or send those messages. And why would Respondent and/or her employees allege they that Plaintiff sent those messages in a false police report. The account owner did post a few pictures of Plaintiff on their Instagram however Plaintiff is a Celebrity, Public Figure and very Famous anyone can download those photos from anywhere on the internet and post them this in no way was evidence that Plaintiff sent those messages or owned the accounts however it was alleged in the police reports and fraudulent probable cause affidavit that Plaintiff made those threats as if they knew for sure which they obviously didn't have any idea what they were talking about or alleging and plaintiff was kidnapped and detained for over six months before all charges were Dropped, See Taebel v. Swift 2:2023cv00258 Filed July 24th 2023; See also Mitch

Taebel v. Elizabeth A. Flynn 2:24cv00049 in the U.S.D.C. In Hammond. A few months later after Plaintiff filed a Complaint against Taylor Swift for $1 Billion the manager that had represented her since the beginning of her career Jay Schaudies was fired or retired and wa replaced with an Attorney from D.C. Douglas Baldrige. Congress should pass a Crime Victim's Charge Approval Act which requires all law enforcement officers to read suggested charges with sentencing ranges to a victim who must approve all charges before a warrant or any prosecution to avoid murder over spilt milk and obviously a crime victim's sense of justice matters. Tim Allen has spent time in jail for traveling through an airport with cocaine, Mark Wahlberg was charged for attempted Murder and plead guilty to felony assault after assaulting two Vietnamese men high on PCP in one case he used a large stick as a weapon he spent only 45 days in prison although having been sentenced to two years, Robert Downey Jr spent 15 months in prison for multiple probation violations after he was arrested for possession of heroin and an unloaded .357 magnum these actors have obviously had very successful careers and have all made hundreds of millions. There were other allegations in the reports however they were in no way illegal threats to Taylor Swift, her backup dancers or any of her employees the only explicit threat alleged was that "Taebel posted a picture of someone firing a handgun at a gun range and stated, 'If today there is a sexual performance of Vigilante shit, you can be sure that we will destroy you and all other dancers and Taylor Swift too, I think you know what happened to joe alwyn, who has already been in jail for months awaiting the death penalty, so be careful that you are not the next one, whoever is writing here works for the government'". Plaintiff obviously did not or would not have sent a message like that Plaintiff is Semester at Sea Alumni which is more Prestigious than Harvard as it costs more and is very associated with the United Nations and it was through University of Virginia which is probably as competitive as most of the IVY League Private Schools. Plaintiff Knows Exactly what he is doing at all times and has a lot of self control he is definitely not bipolar as alleged he just gets mad when being nice doesn't work he Knows exactly what he is doing People should Not forget this Plaintiff

is tired of having to remind public servants of this. 50 Cent Lyrics: In Da Club "But holla in New York, the niggas'll tell you I'm loco". Some people have a rhyme and reason for everything they do and are just reasonable sensible human beings only complete idiots who refuse to have discussion would ever think otherwise. Plaintiff wishes people wouldn't walk around with mind blowing stupid beliefs about him and refuse to tell him what they are thinking or talk about it Plaintiff most likely will have something very smart to say that will give them a revelation they never expected Plaintiff is a Justified Man who just wants to Marry his Obvious Soul Mate and will happily mind his own business entirely after this. It was mentioned on TV a number of times in the reports and articles written about Plaintiff that he said he "would happily wear a bomb if he couldn't be with his soul mate" this was a joke a joke obviously not a threat meaning he would be Willing to wear a bomb if anyone was afraid of Plaintiff and Taylor meeting and keeping them apart because after these two meet everyone will see there is obviously nothing to be afraid of Plaintiff thinks some of the jews may be afraid of these two meeting as they are both German American and very intelligent influential Speakers. Plaintiff makes better Press Statements than Anyone. This was partially a joke about what happened in Arizona the obvious illegal conduct by law enforcement and on National TV and Trump and Biden's refusal to employ the U.S. Civil Rights Division. People must always be willing to talk about issues and listen to both sides of an issue before they can have any real understanding they must consider different perspectives from intelligent human beings especially directly apposing arguments. Plaintiff cares very much about Taylor Swift and after reading a lot of rumors mostly on reddit that she had HIV and had been treated for STDs and couldn't have kids etc Rumors Plaintiff Now believes are most likely false however after reading them Plaintiff wasn't sure and Mr Taebel has been Planning to Marry Her since he first knew who she was he just wasn't ready to get married because he expected to make hundreds of Millions before getting Married Although these two certainly would have got married had they met Mr Taebel never felt the need to be married although she said the same only a few years ago before

Plaintiff Publicly Proposed to her on Media, she was not being completely honest she has always wanted very much to get married she just hadn't met her soul mate, See Her Film Miss Americana on Netflix. No sane person doesn't want to get married in time to be able to have children. Plaintiff spoke to Fox News Nashville about her and they said she used to visit the station on a regular basis however they hadn't seen her in a few years. There is a telephone recordings with Fox17 Nashville and and in one Plaintiff asked if they thought she could actually be "kidnapped or threatened at gun point" and "do you want to specify?" and they declined to clarify and just said "she was at the grammies" which obviously doesn't mean she hasn't been threatened or intimidated by anyone in government. Then in a telephone conversation with an assistant to the Alaskan Governor's Office a woman said people were being raped in this country after Plaintiff asked "is it the apocalypse are women being raped?" Plaintiff was talking about Public Servants and pretty sure she knew what he meant. The recording of that conversation was sent to the News Media and posted all over Social Media and it is about twenty minutes long and in Plaintiff's 12 Hour Film @ 6HR 56MIN and the 5Hour 20 Min Version which both Prove Plaintiff is the Greatest Vigilante TV Host in World History even if Taylor was in no danger at all. If Taylor has ever been Raped some of her employees would likely be guilty of accessory to rape. What Mind Blowing stupid sociopathic Human Garbage from nyc would ever think Plaintiff should be criminally charged after this Marriage proposal and all that he has done for Taylor Plaintiff would much much rather Meet with Taylor as soon as possible in time to have a few kids rather than prosecute this lawsuit against Her. Plaintiff knows this wasn't her, See her Documentary Miss Americana She was sexually assaulted by a Radio Host and made a complaint to his Boss he got fired and he sued her for Millions she counter-sued for $1 and never even attempted to bring criminal charges against him. Plaintiff is a much much better Looking TV Host who has already been the best thing to ever happen to Taylor Swift. She was still acting like a adult kid before Plaintiff Proposed to her and told her he wants her to be First Lady of The United States She immediately started

dressing better she now acts her age. He also brought a lot of attention to her from people interested in Politics that wouldn't have looked if not for Plaintiff and obviously had The Eras Tour become a Presidential Campaign it would stand out in History for that reason alone. She released a track titled "Vigilante shit" and Plaintiff thought she needed a Vigilante. Plaintiff did ask her to let Plaintiff know she was okay or reach out to Fox17 Nashville and let them know she was okay however she didn't do either a simple request from the smartest TV Host on Earth worried about her. Fox40 News in Sacramento Confirmed she was getting the Audio Messages Plaintiff had been Sending her on Instagram. Taylor wrote a song titled tear drops on my guitar for a boy she liked named Drew Hardwick who repeatedly ignored her he was criminally charged for aggravated child abuse after a 3 yr old girl had to be airlifted to a children's hospital. Taylor Shouldn't let a few of the Right Wingers in the Political Party keep her from maintaining relationships with TV News Stations. Taylor opened her Documentary Miss Americana talking about her first and foremost value in life was to be a good person and a good influence upon Society why would Dr Taylor Swift not speak with Plaintiff or Fox News Nashville who obviously care about her well being. Jimmy Kimmel recently said something about jews hating Europeans on his Show which is why our country is being flooded with immigrants to dilute the White people and their votes. Additionally there has been reported Genocide in South Africa against the English years after giving the indigenous legal rights Plaintiff Heard it about listening to NPR Radio and it was on the internet. It once came up in discussion with a second Home owner here in Long Beach and he was aware of it although plaintiff surprisingly hadn't heard many people talking about it. Plaintiff has also listened to John Batchelor, Sean Hannity, Carl Tuckerson, Mark Levin and Dana Loesch. In the 1st Episode of The TV Show The Office Steve Carell made a joke about there being two kinds of black people and that TV Show was obviously very successful he also made a joke about being Hitler in the Pilot. Many of Plaintiff's best friends growing up were jews and Plaintiffs grandfather in law was a jew and a nice man Plaintiff used to play cards with him every time they would visit in

Palm Springs. What mind blowing dumb person wouldn't support the Greatest Speaker, Debater, Conversationalist, Presidential Candidate and most reasonable man in an Election. Whether or not the majority ultimately votes for that candidate everyone should support Freedom of Speech and Authentic Presidential Elections discussion debates and Everyone should be invited to Speak as much as they want. Respondent Biden has most likely allowed U.S. Government employees to prevent Taylor Swift and Plaintiff from meeting, allowed them to order security to escort Plaintiff off the Premises and has allowed them to Prevent the Eras Tour from becoming a Presidential Entertainment Tour Campaign. Few things are as obviously unethical as censoring Speech "cancel culture" would end the world if not apposed by those with Ethical Values and a Brain. Plaintiff thinks the jews likely have taken over after WWII and racist jews have it out for German American Celebrity intellectual Soul Mates Like Dr Taylor Swift and Mr Mitch Taebel. Plaintiff thinks he has been prejudiced quite simply for being a highly intelligent Presidential Candidate. Mike Johnson our Speaker of the House has suggested homosexuality which was considered a mental disorder in the DSM I, II, III, IV and at one time a criminal offense in all fifty states be an issue returned to the states, See Bowers v Hardwick, 478 U.S. 186 (1986). Approximately .5% 1/200 people in the U.S. Attempt suicide while approximately 33% thats 1/3 homosexuals attempt suicide. Additionalsthey have higher crime rates and much more likely to have STDs and have a much lower life expectancy. Promoting homosexuality with the U.S.S.C. Is about ending the world and freedom of speech. Plaintiff had a gay jewish judge in Manhattan that obviously didn't think the law mattered back in 2013 where Plaintiff represented himself in court through a 12 person jury trial with only partial success. In this weird gay stupid court room without video cameras in Manhattan Plaintiff was acquitted of only one of three charges in a self-defense case despite as Plaintiff argues in His Book Looking Out For America that verdict being against approximately 250,000% the weight of the evidence and clearly unconstitutional which requires reversal, Two Civil Rights Division complaints are included in the Exhibits.

The prosecutor kevin j. rooney and is now a deputy district attorney in the san joaquin county, CA who went to stanford charged Plaintiff for trespassing on his own property of almost about six months the woman renting the apartment obviously wanted Plaintiff there she and Plaintiff dated for years afterwards and are still friends State law gives residential rights to anyone after 30 days they would have needed a civil eviction order to bar plaintiff from their apartment what on Earth did this idiot bellhop think he was doing assaulting Plaintiff for going to his apartment the prosecutor should have lost his license for charging Plaintiff for trespassing. The bellhop assaulted Plaintiff and the video is on YouTube @MitchTaebel Titled World Record Self-Defense Case! The judges name is michael r. sonberg now retired was a member of a gay and lesbian judge association Plaintiff filed several complaints against the judge in the U.S. Courts once Plaintiff walked into that Public Court room and an officer said the courtroom was during a trail or hearing there likely has been hundreds of wrongfully accused and maliciously prosecuted sentenced in that court. The DSM I classified homosexuality as a "sociopathic personality disturbance". House Speaker Mike Johnson said homosexuality would cause people to "marry their pets" and He is obviously a Hero for saying that. The Judge stated three times on record he doubted the sufficiency of evidence to prove beyond a reasonable doubt three times however because there were no cameras or even authentic transcripts and the jury was not able to ask questions during deliberation and they had no idea what the sentencing range was for the charges a mislead and confused jury made a very mistaken judgment in ZOO York city Read the 330 Motion Dismiss Filed by Raisor & Kenniff who Plaintiff retained immediately after trial Tom Kenniff represented Plaintiff at the hearing and appeared to be one of the most competent lawyers in Manhattan in the YouTube search result and had Media of him at News Stations Discussing Law with TV Hosts. The Judge Obviously had an opportunity immediately after trial to dismiss the charges, after the 330 Motion to Dismiss filed by the Retained Law Firm and after Plaintiff Filed a Much Better 440 Motion to Dismiss However because he had a "sociopathic personality Disturbance" he Refused to do so.

Plaintiffs Commercial Reel was Not Public at that time if he had been able to use the TV Screen as requested he never would have been found guilty of assault. Part of the problem is most people aren't really smart enough to appreciate many of the things I say or do. I'm sure there are millions of people around the world that feel harassed and disrespected by building management or just rude people in general or depraved parasites even and when one of those rude people steps way out of line like from another universe stupid and assaults a respectable justified man going about his business he may lawfully get his ass kicked and the Man who kicks his ass may be 125lbs lighter and 4 inches shorter and a Hero for every tenant on earth and every justified person who has ever been harassed by a mind blowing stupid bellhop or vile person. A depraved parasite would try to tell you not to defend yourself and let that parasite kill you slowly but a Hero a Man any respectable person Defends themselves standing for all who are justified peaceful civilized respectable positive additions to our planet. Plaintiff is smarter than everyone because Plaintiff is a Film Director and TV Host and everyone should remind themselves of this before anyone is dumb enough to think Plaintiff is not smarter more justified and more respectable than they are Plaintiff is smart enough to kick anyone's ass in a debate whether in written complaints, on TV or in Public Speaking. What is a Parasite? Everyone must ask themselves this. Many people will agree a person who quite simply has ill will for others who has no intentions of being a respectable member of society and a good person is a parasite. Criminals especially habitual criminals are parasites. A crime shouldn't be a crime if at least the super majority of elected officials didn't find that behavior to be parasitic to society. Criminal behavior is parasitic to society. Everyone should definitely agree criminals are parasites and if. It Could save the World if People are smart enough to discern acceptable behavior from parasitic behavior. If homosexuality was considered a capitol offense for thousands of years and still is in many countries it would be insane impose it upon people with the U.S.S.C. We have fifty states for a reason and Plaintiff very much supports authentic democracy in each state especially on this issue. Plaintiff later found

Supreme Court of The United States Law that exonerated Plaintiff immensely in addition to every state self-defense statute, See Brown v. United States, 256 U.S. 335 (1921); Rowe v. United States, 164 U.S. 546 (1896); See Also John Bad Elk v. United States, 177 U.S. 529 (1900). That judge was one of the dumbest individuals Plaintiff has ever witnessed was not until then aware that at least 99% of lawyers and judges have never read any Supreme Court of The United States Law on Self-Defense and that in law school they apparently teach their students the law is arbitrary and meaningless and to do whatever the district attorneys office wants. The Law is Obviously Not supposed to be Arbitrary or we would have stayed in England. This is not the stone age. Those are the Biggest Supreme Court of The United States Rulings on the subject and anyone who hasn't read them virtually has no understanding of Self-Defense whatsoever. The court wouldn't even allow Plaintiff to use the TV Screen to Present Evidence and talk about the evidence. The judge also wouldn't admit a text message that proved Plaintiff knew exactly what he was doing and had not lost his temper and assaulted the bellhop rather consciously acted in self-defense. Plaintiff has felt harassed and prejudiced by homosexual Government employees ever since, monkey see monkey do is apparently the slogan for employees who work in the criminal justice system. Plaintiff thinks the obvious biggest threat to Our Country are the sociopaths that work in law enforcement and most likely the gestapo caused the holocaust they obviously didn't stop it. In U.S. V Guidry, (5th Cir. 2006) a then officer in San Antonio TX raped Denise Limon and he and his partner sexually assaulted five other women they were prosecuted under the Civil Rights Act and Sentenced to 38 years. Abner Louima was raped in a Nyc Police Station with a broken broom stick and hospitalized that officer signed a plea deal for thirty years to avoid a death penalty. Plaintiff thinks people are insane if they don't think anyone sentenced to prison shouldn't be able to opt for death by lethal injection before ever going to prison. No decent human being should have any tolerance for Torture in this Country. Plaintiff had previously represented himself twice in traffic court in Los Angeles and was 100% successful both times. Plaintiff First Speaking role was on

Americas Court the Television Show Produced by Entertainment Studios. Plaintiff also chose to take Public Speaking in College as an Elective. Plaintiff attended Arizona State University for Film and Media Production briefly in 2018 Plaintiff earned a Degree from Colorado Mountain College in 2010 before he moved to Los Angeles to work in Television and Film Production. Plaintiff had Talent agents in Los Angeles and Manhattan immediately after printing comp cards and Had Talent agents fighting over him after Plaintiff released his Commercial Reel. Plaintiff was more successful than most A-List Actors when he started working in Entertainment and that was before the Entertainment Industry knew he is The Greatest Stand-Up Artist in Entertainment and an Exceptionally Talented Singer. Plaintiffs Best Talent Agency that Represented him was Expecting Models, CESD also offered him Representation however Plaintiff had already Signed with L&L Talent in Los Angeles Midwest Talent Represented Plaintiff just to name a few. Prior to this the only girl Plaintiff ever sang for was Sarah Summers the Playboy Model from Sedona where Plaintiff graduated High School. The Entertainment Industry is the most competitive profession on Earth and it Pays much More than any office in Government. Plaintiff is a Social and Comedic Genius and knows exactly what he is doing at all times as Plaintiff asked his lawyer to tell everyone after his unlawful arrest and kidnapping. Plaintiff is tired of being kidnapped and harassed by government employees who are not smart enough to have a sense of humor or even know whats going on. Plaintiff was already booking work at $2,500 a day as an independent contractor in Marketing and Entertainment at the age of twenty four which is over 200% what the President of the United States makes. Plaintiff was Cast in an ESPN Super Bowl Commercial Wikipedia Says was seen by over 162 Million people in the United States. Plaintiff watched the Commercial play on TV during the Super Bowl with his roommate and friends when Plaintiff was Living in Los Angeles. Plaintiff was cast in a National Xoom Commercial for BBC, a Yahoo Genome Commercial and a Farmer Boys Commercial that played on TV all over Southern California. Plaintiff has an IMDB (Internet Movie Database) with 18 credits as an Actor, 8 as a Director and 6 as a

Producer and production companies do not always list all credits on IMDB Plaintiff has worked on many more productions. Being cast for anything in the Entertainment Industry is very similar to winning an election elected by very talented and intelligent people who own and work with Networks, Production Companies, Talent Agencies, directors and casting directors. After Plaintiff was kidnapped a girl freaked out after she saw the bad media coverage and after a relative that knew who Plaintiff was had seen Mr Mitch Taebel on TV in the Media then calling that woman on the telephone and telling her about it then she all excited over the bad press coverage made a complaint against Plaintiff and while a sensible officer would have helped her calm down and reminded her that Plaintiff is a TV Host Comedian Speaker Actor Published author and Presidential candidate etc who is a very civilized intelligent respectable member of society the officer did not do that instead they used it to take a cheap shot at someone they probably see as an aristocrat with incomprehensible intelligence insight and talent. It is clearly unprofessional and unethical grounds to bring charges against someone by someone who is not only making false allegations but who clearly overreacted to bad press coverage from an illegal unjustified arrest where the prosecution dropped all charges after looking at the facts and circumstances closely. Obviously these are not grounds to bring criminal charges against a Presidential Candidate for fraudulent allegations of stalking against the weight of evidence. Obviously if someone does something illegal a person is obligated to report it immediately and it can be dealt with a person can not claim that someone bothered them months or years ago then have them charged with a Felony Plaintiff has been attacked by human bacteria attacking the who are not smart enough to understand how wrong they are. Do Judges, prosecutors and police not know how to use google or Social Media any competent person involved in arresting or detaining a person should know how to use Google and figure out who they are dealing with. That woman is named Kristen Elizabeth Field and she has Pictures on Facebook with Hillary Clinton Kristin Field Picked up Mr Taebel from the Airport when he flew into the San Diego Airport before Traveling around the circumference of the

World on Semester at Sea our High School Prom King and Quarterback David A Rich met up with Plaintiff giving Plaintiff a ride to meet up with his fellow scholars traveling on Semester At Sea after they went to his House to meet his Fiance. Kristen Field alleged Plaintiff had stalked her at a family party in Illinois a few years later then in text messages included later in the reports she revealed that she and Plaintiff "hooked up" at that party and Plaintiff slept there she gave Plaintiff a hand job Plaintiff was not stalking her as the text messages proves. She also describes she and Plaintiff meeting up in Chicago a few years later and spending some time together in the City after Plaintiff flew into the Airport. Kristen Field two years older than Plaintiff claimed Plaintiff has been infatuated with her since she got into High School which is not at all true and no one would believe that. Plaintiff dates models and playboy models and has never dated a woman overweight and she has always been a little overweight and dates very overweight unattractive men. Kristin Field said she wants to run for Senator however making false allegations against someone is attempted kidnapping or kidnapping conspiracy fraud accessory to malicious prosecution etc  Plaintiff knows this is a desperate attempt for attention and Media Coverage by Kristen Field who works at friends of Prentice in Chicago, The Public Docket History for the case is viewable on mycase.in.gov. Now the judge on that case recently granted a district attorneys motion to revoke Plaintiffs $750 bail for travel restrictions Plaintiff and his family were entirely unaware of for visiting with his family his younger who has a Masters Degree from Ball State and who is Married and pregnant with her second baby girl after she and her Husband who works as a Financial Advisor at Chase just Bought the Governor's House near Lansing Michigan and for traveling for work Speaking at Events and Open Mics. This complaint was drafted before Plaintiff was unlawfully arrested for traveling outside the area Plaintiff has never had a judge impose travel restrictions after post arrest release Plaintiff was released O.R. With GPS tracking after he told the judge Plaintiff feared for his life in jail. Plaintiff is currently restricted to his own property with few exceptions and his family is trying to post bail to relax travel restrictions if they don't Dismiss the

charges first. Plaintiff needs to be able to to travel out of state for a number of reasons and to help his parents drive to see Plaintiffs sister who is due April 13th and lives almost three hours away Plaintiffs father is 83 years old somewhat senile and if he had a heart attack driving on the highway both of Plaintiffs parents could be killed and other drivers on the road. Plaintiff has already filed a complaint and First Amended Complaint against the complainant proving there was never probable cause to arrest Plaintiff in the first place and certainly not now after Plaintiff has responded to the allegations in writing anyone with a brain would be able to see the charges are complete fraudulent, See Mitch Taebel v Kristen Field 224CV38 in the U.S. District Court in Hammond. Plaintiff mailed copies of the complaint to the Media Indiana Governor Eric Holcomb to the Judge John A Link to the district attorneys office and delivered in person and via email copies to the secretary of Plaintiff's attorney Mladenka And Frank Rodriguez with a letter regarding travel restrictions to which he has never responded. These lawsuit should get Media coverage and are Po-Se Complaints Written for the Media, Public, Courts, Google And can be downloaded by anyone anywhere on earth from Pacer.gov. The lawsuit contains the police reports and clearly proves there was never probable cause to unlawfully arrest Plaintiff in the first place as only a few of the allegations are even arguably illegal entirely lacking "Mens Rea" and in no way would constitute an f6 Felony even if they were true which they are not. Plaintiff asked Fox News Sacramento if they has ever heard of sending emails to all contacts being illegal and they said "No". The officer who made the report likely gay and accused Plaintiff of being a Sovereign Citizen which he is obviously Not as clearly stated on Plaintiff's website, in Plaintiff's Book and in a number of Plaintiff's Complaints filed in Courts and made other blatant prejudicial false irrelevant allegations to get a warrant the officer obviously needs to be fired. Many law enforcement officers frankly aren't smart enough to have much self control or sense of justice and tend to abuse any discretion for a sense of power a Man Should always have reserve. The officer who made the false report did not go to college and he used to work in the county jail by choice we can assume or maybe no police departments would

employ him because he wasn't smart enough only an insane person would work in a jail by choice based on the police reports he likely wasn't smart enough to get any job at a police station. Taylor Swift is a Public Figure as is Mr Mitch Taebel who as a TV Host, commentator or critic has an absolute right to say just about anything he wants about Taylor absent intentional false malicious statements, See New York Times Co. v. Sullivan, 376 U.S. 254 (1964) Something very perplexed employees of government have made clear they didn't understand and where not aware of. There was a Temporary restraining order filed 23c1033 in Nashville however it will not keep Plaintiff from getting Married to his Obvious Soul Mate and carries a $50 fine for a violation. Plaintiff has reason to believe that Taylor was either intimidated, threatened or pressured into allowing her management employees to have her lawyers file that or Taylor Had Nothing to do with it at all. They wouldn't have even been able to get the order had they not alleged in the petition that Plaintiff sent messages that he didn't send. Plaintiff called the Republican State of Tennessee Governor Bill Lee and left a message complaining about homosexuals and the fraudulent order then posted the Voice Mail on Instagram. Plaintiff wanted a Public debate over the fraudulent order if they didn't dismiss the petition and called a few news stations about it stating he would fight for his soul mate if he had to then send an email to all contacts with the petition attached explaining that Taylor Swift is a Public Figure and Plaintiff has the absolute right to talk about her as much as he wants and since the petition was fraudulent they needed to dismiss it or not enforce it and invited them to cover it Headlined Taylor Swift Filed Temp Restraining order against Presidential Candidate. Usually when Taylor Swift does anything especially filing a Temp Restraining order it usually gets Media Coverage. Plaintiff said he didn't send those threatening messages on Publicly on Instagram and decided to protest the order out of justified necessity since Taylor didn't block him on Instagram which is very easy to do Plaintiff made a video of him sending an audio message stating "Taylor I Love You We Are Getting Married". Plaintiff after stating the evidence in the petition was fraudulent and therefore an unconstitutional and void stated if anyone

arrested Plaintiff it would be kidnapping and they could obviously be sued Google search results also said it is usually a misdemeanor to violate a Temporary Restraining Order in Tennessee however by the courts order it appears to have been only and infraction. Plaintiff knows man from high school who was a once violated a restraining order in Colorado while in College he was arrested and got a blow job from a female officer before he was released the girl was probably the most unattractive woman he ever dated and now dates Very Very Attractive girls Keith Richard Gerdes. Plaintiff had a woman try to Kiss him while Plaintiff was detained and she knew why he was in there. Plaintiff didn't expect anyone to report his messages and even if anyone did he would have expected any competent law enforcement to first figure out if Plaintiff had sent those messages or not. would have expected any competent law enforcement to figure it out before arresting The Civil Rights Division never even contacted Plaintiff in an investigation or in any way indicted they were interested in enforcing the law. Plaintiff does Not want Taylor Swift or any of her employees criminally charged for the record. At least 9/10 people in state jails didn't even bother to graduate High School or weren't capable of graduating. Bill Gates, Steve Jobs, Mark Zuckerberg and Many of the Most Successful people only had about two years of college or less which is why Plaintiff only Completed an Associate of Arts Degree which is more than enough to be President of the united States as twelve Presidents didn't even graduate College. John Lewis was apparently arrested Forty times before he was Elected to United States Congress Anyone has the Absolute Right to Run for President of The United States. Twelve Presidents didn't even graduate College. Truman didn't graduate College and didn't go to college until he was 39 years of age. Plaintiff is very impatient and when Plaintiff and Taylor Swift still hadn't met Plaintiff stated on social media he might have to start making fun of people and criticizing people for incompetence if they weren't helping or suggesting Taylor and Plaintiff meet. Plaintiff who borrowed over $2,200 to attend the Eras Tour in Nashville to Meet Taylor Swift was escorted out of the stadium and didn't allege Plaintiff had even done anything wrong when Plaintiff asked them twice in a 41 Minute

Video clearly stating on video it was the stadium security and not Taylor Swift or her employees, The Video is included on a Media Disk in the Exhibits. Plaintiff couldn't even think clearly after they asked to see his tickets an insisted Plaintiff go back stage to talk it appeared there was a slim chance Plaintiff was going to be able to meet Taylor. Plaintiff told them Taylor Swift is the only one Plaintiff wants to work with and they should Film a Reality TV Show together after her employee asked Plaintiff told them Plaintiff is an award winning Film Director and he asked if Plaintiff had "any scripts in the works?' Plaintiff said he can "script a show anytime". Plaintiff said the problem was that they weren't treating Plaintiff like a TV Host and inviting Plaintiff to briefly meet Taylor before the Performance and that Plaintiff has been to other concerts and was invited backstage to get pictures and video with Celebrity Performers Dua Lipa's Producer Gave Plaintiff his Number and Plaintiff met Claire and Ellie Rosinkranz on Stage getting Video and Pictures with them Plaintiff also met Country music star Zack Bryan on Video and got pictures with him. On Video they stated they would follow Plaintiff on Twitter and refund Plaintiff for his Purchased tickets and took plaintiff's number on video then later refused to refund Plaintiff after releasing the 41 Minute Video of Plaintiff at the Eras Tour in Nashville or after Plaintiff alleged maybe her employees were incompetent or maybe it was after Plaintiff called a lawyer in Nashville and left her a message asking her if she wanted to sue the stadium Plaintiff posted a recording of the message he left for the attorney on Instagram. Plaintiffs Instagram with approximately 1 Million Followers and 1600 Video Posts the Eighth Wonder of the world was deactivated while Plaintiff was detained due to bad media coverage or U.S. Government. It was the best record of everything before and after the eras Tour in Nashville and obviously evidence in this case for this lawsuit and was exonerating evidence against Plaintiff's malicious prosecution which was dismissed. The Instagram is Priceless and must be restored. Plaintiff spent countless hours publishing irreplaceable content and commenting on other's Media which drives traffic to Plaintiffs Account and Helps Plaintiff gain support from Taylor's Fans for this Marriage Proposal. According to

the police reports one of her employees made a report alleging that Plaintiff had sent Instagram Messages he did not send and that Plaintiff had been placed on a list banning him from entry to the Concert the day of the Show however on Video her employees stated it was the Nissan Stadium in Nashville the video is on Plaintiffs second YouTube Channel and on Facebook. Plaintiff was admitted to the Venue without issue with the tickets he purchased from the only seller he attempted to purchase the tickets from despite allegedly being banned from the Eras Tour. Plaintiff also called Fox11 Los Angeles, Fox17 News Nashville, CAA and 13 Management, Messaged Her on Instagram that morning letting everyone know Plaintiff had bought tickets to the Show and posted a video about it Plaintiff Let Everyone know he was going that morning many hours before the show and Plaintiff was able to access the event without issue contrary to the claims made in the false police report by one of her employees. The Telephone call to Fox17 News is on the Disk Exhibit 8 and the messages Plaintiff left for CAA and 13 Management are in Plaintiffs 12 Documentary at 8Hr 33Min. If Taylor And Mitch Haven't met because she is insecure everyone including below average IQ Joe Biden the useless Public Defender are going to look like complete worthless idiots spineless worthless human bacteria worthless idiots because Taylor Wants very badly to Marry Mitch and is not happy and sings about killing herself by "jumping off a very tall something" in her song is it over now?. Women including Taylor's cousin Mackenzie Swift stated she Loves Plaintiff's "Bold" Marriage Proposal. Plaintiff is very impatient he has never been the unattractive guy who had to win over a woman with persistence. There were other allegations made that were not threats or in any way intended to harass and were taken out of context or completely fraudulent. Plaintiff needed the Money returned to attend the concert in Chicago. Plaintiff had stated that if anyone had threatened Taylor Swift preventing her from meeting with Plaintiff a Presidential candidate they could obviously be charged for Treason which is obviously a capitol offense it was alleged by someones interpretation that Plaintiff had threatened to kill anyone preventing Plaintiff and Taylor Swift from meeting. Its obviously not illegal to

inform people of the law to stop or prevent a crime from being committed. Plaintiff published a telephone recording with the Indiana Governor's office On Instagram and Facebook on Feb 7th. Plaintiff also Speaks at Town Council Meetings here in Long Beach Indiana and stated on video on Public Record that Plaintiff has case law that shows victims of unlawful detainment can be awarded over $1 million for every day they were detained Plaintiff asked the Town Citizens and Town Council to Support his lawsuits and invited everyone to follow Plaintiff on Social Media Video of Plaintiffs Public Statement at the last Town Meeting can be found on his TikTok @theguardian464 his Instagram @vigilantihero and his second YouTube Channel @MitchTaebelReality See Also TikTok @MitchTaebel and Facebook @MitchTaebel. Plaintiff was a Prom King Nominee like will Ferrell and Plaintiffs mother was a Prom queen in a school with thousands of people like Ryan Seacrest. Plaintiff was a two time State Flag Football Champion in the State of Arizona before he Graduated from a Private High School in West Sedona which Plaintiff attended with Katie wick the daughter of the owner of the school who has pictures with Presidential Candidate Rick Santorum on Facebook and defended Plaintiff with the Media after Plaintiff was kidnapped Jan 24th 2018 while attending ASU for a semester to make a Film with the University Students. The University has many notable alumni including Jimmy Kimmel and David Spade See Wikipedia for Notable Alumni. Plaintiff was Kidnapped after a 60 mile mostly slow speed police pursuit that escalated after an officer rammed Plaintiffs vehicle during the peaceful civil protest and an accident occurred that would not have otherwise happened if it was not for the use of excessive force and numerous policy violations by law enforcement as the Media brought attention to MaryEllen Resendez questioned a public information officer who made a Press Statement as to whether the pursuit should have been "suspended before that time" of the accident and Dave Biscobing from ABC15 were two Journalists who defended Plaintiff criticizing law enforcement for their policy violations defending the Constitution, Justice and the safety of every citizen in America they deserve a Nobel Peace Prize. After Plaintiff made a Press Statement better than

Anyone in Government lasting almost 15 Minutes Crystal Cruz at KCAL CBS2 Los Angeles went to Plaintiffs Apartment Building in Downtown Los Angeles and stated Plaintiff was an "Actor and Model who Lives Here in Los Angeles". Lauren Reimer from CBS5 PHX stated the kidnapping of Mr Mitch Taebel was a "High-Profile arrest". A Number of U.S. Civil Rights Division Complaints were sent, See Also the Docket History for that case on the Az Website. Metro Monitor ran a search for us for free and there were 64 News Broadcasts Across the Country in their search results however none of the Media Broadcasts Uploaded to YouTube Were in those search results meaning there had been astronomically more Broadcasts that covered the story it was probably one of the Biggest Police Pursuits of All Time. Jeff Mayes The Chief Editor at the Michigan City Herold Dispatch published Plaintiffs Presidential Campaign in the Newspaper Nov 8th 2021. Drew Tallackson Editor at the Long Beach Beacher also published Plaintiffs Book Signing in the Local Newspaper. At Plaintiff's Book Signing Plaintiff met Donna Kavanagh a TV Host at WNIT PBS And Radio Host at Harbour Country Radio Plaintiff is now her TV Co-Host there are currently three episodes of the TV Show What Gives? and three Hour Long Radio Talk Shows Plaintiff has done on Plaintiffs YouTube Channels. Plaintiff also attended La Lumiere High School a very prestigious College Prep Catholic Private School attended by Chief Judge Roberts of The Supreme Court of The United States Jim Gaffigan Chris Farley Paris Barclay and many more Celebrities and Public Figures Plaintiff wore a blazer and tie every day notable alumni are listed on Wikipedia. Plaintiff Dated two Prom Queens in High School that were posting on Plaintiffs Facebook wall over five years later Plaintiff Dated a very attractive playboy model named Sarah Summers Google "Sarah Summers Playboy" you can buy Posters of her online. Based on her photo shoots she is attractive as any woman in the Entertainment industry some might say more and she wanted a baby with Mr Mitch Taebel. Taylor is a brainiac like Plaintiff who is attracted to her for her personality and brain she may not know everything about politics because that was never a priority for her she is a creative genius like Plaintiff who sees and understands many things she

doesn't Plaintiff will be the good Taylor Swift. Taylor is smart enough to appreciate a Genius which intelligent women find more attractive than anything especially for a husband. The only reason Plaintiff wasn't more successful in entertainment is because the Entertainment Industry is only permitted to give so much and Plaintiff and Taylor have always already had a lot going for them. Plaintiff dated two girls on Semester at Sea that were posting on his Social Media years later. Plaintiff Met a girl on the Film Set of New Years Eve in times square working on set for two days and with Ryan Seacrest, Ashton Kutcher and Michael Bloomberg Billionaire Mayor of Nyc and Presidential Candidate and Plaintiff Lived with the girl he met on that Movie Set on the Upper East Side of Manhattan and dated her for about six years she recently said she Loves Mr Mitch Taebel More than She has ever Loved Any Man. She Wanted a baby with Plaintiff who apologized to her for not giving her a baby on a recorded telephone call which is in The Films on YouTube. As Much as Plaintiff liked the women he Dated Plaintiff never wanted to get Married Any of Plaintiff's girlfriends would have Married him. The Only Woman Plaintiff has ever wanted to Marry was Taylor Swift. Plaintiff doesn't like to fight but obviously will fight for his life and needs Taylor Swift to survive. While Plaintiff has stated that in a Presidential Election Plaintiff would expect to be able to reach agreeable terms with either Party for Nomination Plaintiff has generally sided with the Republicans on more issues however almost all the girls Plaintiff has dated favor the Democrats and when there may be issues they would disagree on Plaintiff usually avoids talking about those issues entirely because Plaintiff doesn't like to argue with his girlfriends because Plaintiff enjoys having a healthy peaceful relationship infinitely more than he cares about political issues or anything they may disagree upon. Plaintiff's Best Friend in High School and after has always been our Prom King and Quarterback David A. Rich a jew who Now works for Chartwell Law and attended the Thomas Jefferson School of Law in San Diego. Mr Rich two years older and Plaintiff went to Park City,UT for Spring Break had sex with girls and went skiing when Rich was in College at NAU. Plaintiff was still in High School and the Most Popular young man

there just as he was at La Lumiere and on Semester at Sea. In High School the faculty said they thought Plaintiff should be Prom King. Plaintiff could have been Prom King if he really wanted he just didn't want to be overzealous about being the most popular guy in school. Plaintiff has always got the best looking girls Plaintiff has dated Celebrities Singers Models Actresses and Dancers in South Florida and Los Angeles. Plaintiff Opted to live on Campus at La Lumiere freshman year of high school after about a month because he enjoyed living with with wealthy Ambitious High School Students his own age Plaintiff also chose to Live with Students in Sedona Az by Choice because it was much more fun than living with his parents and it helped Plaintiff mature and become an actor and socially advanced. For many people moving out of their parents house to attend college and live with scholars their own age from all over the world is the greatest thing they will ever do in life to develop social skills that will help them professionally the rest of their lives Plaintiff was already doing this all through high school then when he moved out of state to attend Colorado Mountain College he lived in co-ed dorms freshman year as required by many colleges then Again when Plaintiff traveled around the World on Semester At Sea through University of Virginia with over almost 700 Scholars from around the World. Plaintiff is a TV Host at WNIT PBS and a TV Host is one of the most respectable positions on Earth as not many people are smart or confident enough to speak on TV however like many nonprofits PBS lacks sufficient funding so Plaintiff's TV Co-Host and Producer Donna Kavanaugh declined any payment from PBS which is why Plaintiff lacks the funding to pay the filing fee, why Dr Taylor Swift and Plaintiff have not yet met and why Plaintiff requests this court appoint a U.S. Attorney to Assist the Prosecution of this Complaint. Taylor Swift was born December 13th 1989 and Likes the Number 13 Plaintiff was Born September 1st 1986 and is First Number One The One For Taylor Swift. Semester At Sea has More than 73,000 Alumni and Plaintiff in many ways working in Entertainment has probably been more successful than any of them and a bigger Celebrity. Attached as Exhibit 1 Acting Resume and in Google, Exhibit 2 Plaintiff's Certified World Record which is also public

on the IGFA Website, Exhibit 3 is the Docket History for Case 46D01-2305-F5-000771, Exhibit 4 Docket History for Case 46D04-2306-F6-000840, Exhibit 5 The Fraudulent Probable Cause Affidavit for the Charges Dismissed, Exhibit 6 Plaintiffs H.S. And College Transcripts, Exhibit 7 a Media Disk with 106 Files including the 41 Min 27 Sec Video of Plaintiff at the Eras Tour speaking with Taylor's employees W/ Back-up Disk and as Exhibit 8 a Disc with 63 Media Items W/ Back-up Disk Proving Plaintiff is the Greatest Speaker Actor and Comedian in The Entertainment Industry.

Plaintiff Demands $1 Billion.

Dated February 21st 2024

MITCH TAEBEL
2020 Golden Gate Dr
Long Beach, IN 46360
(219) 346-0017

Retail

U.S. POSTAGE PAID
PM
MICHIGAN CITY, IN 46360
FEB 21, 2024

37203

$9.85

RDC 03    0 Lb 11.10 Oz    R2305K139512-6



# UNITED STATES
# POSTAL SERVICE ®

PR

Mitch Taebel
2020 Golden Gate Dr
Long Beach, IN 46360

RECEIVED

FEB 2 6 2024

U.S. District Court
Middle District of TN

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

U.S. District Court Clerk
719 church street
Nashville, TN 37203



To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED

EXPECTED DELIVERY DAY: 02/23/24

USPS TRACKING® #

9505 5136 8279 4052 6079 09

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.